UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEWART JAMES LEBLANC**<br>**AND HIS WIFE, TARA MICHELLE JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3703** |
| **SEVERAN TRENT SERVICES, INC. AND**<br>**UNIVERSAL AQUA TECHNOLOGIES, INC.** | **SECTION "S" (4)** |

## ORDER AND REASONS

**IT IS ORDERED** that Plaintiffs' Motion for Reconsideration is **GRANTED** regarding plaintiffs' request to strike defendants' affirmative defense of alteration or modification of the automatic bottle washer and is **DENIED** regarding plaintiffs' motion to strike defendants' affirmative defense of third-party fault.

**Plaintiffs Motion for Reconsideration (Rec. Doc. 105).**

Plaintiff has requested that this Court reconsider its March 2, 2007 Order denying plaintiffs' motion to strike and/or motion for summary judgment regarding defendants' affirmative defenses of modification or alteration and third-party fault. The parties concur that the defendants' affirmative defense of modification/alteration of machinery designed, manufactured, and installed by the defendants should be stricken.

Accordingly, defendants' affirmative defense of alteration or modification of the automatic bottle washer is stricken. This Court declines to alter its prior judgment denying plaintiffs' motion to strike defendants affirmative defense of third-party fault.

## CONCLUSION

For the above-stated reasons, Plaintiffs' Motion for Reconsideration is **GRANTED** regarding plaintiffs' request to strike defendants' affirmative defense of alteration or modification of the automatic bottle washer and is **DENIED** regarding plaintiffs' motion to strike defendants' affirmative defense of third-party fault.

New Orleans, Louisiana, this ___14th___ day of March, 2007.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE